PHILLIP A. TALBERT
United States Attorney
PETER THOMPSON
Acting Chief Counsel, Region IX
Social Security Administration
PATRICK SNYDER
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (510) 970-4858
    Facsimile:  (415) 744-0134
    E-Mail: Patrick.Snyder@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| HEATHER KINARD,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI[1],<br>Acting Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 1:21-cv-01250-SKO (SS)<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER**<br><br>**(Doc. 10)** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.  On remand, the Appeals Council will remand the case to an

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

STIPULATION TO REMAND; ORDER 1:21-CV-01250-SKO (SS)

administrative law judge (ALJ) for a new decision. The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Acting Commissioner.

Respectfully submitted this 5th day of May 2022.

Dated:  May 5, 2022                     */s/  Jonathan Omar Pena\**
                                                 JONATHAN OMA PENA
                                                 Attorney for Plaintiff
                                                 *Authorized via e-mail on May 5, 2022

                                                 PHILLIP A. TALBERT
                                                 United States Attorney
                                                 PETER THOMPSON
                                                 Acting Chief Counsel, Region IX
                                                 Social Security Administration

                                     By:     */s/ Patrick William Snyder*
                                                 PATRICK WILLIAM SNYDER
                                                 Special Assistant United States Attorney

                                               Attorneys for Defendant

**ORDER**

Based upon the parties' foregoing stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment (the "Stipulation") (Doc. 10), and for cause shown,

IT IS ORDERED that the above-captioned action is remanded to the Acting Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four. On remand, the Appeals Council will remand the case to an administrative law judge for a new decision in accordance with the parties' Stipulation.

The Clerk of Court shall enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated:   **May 6, 2022**                              /s/ *Sheila K. Oberto*
                                                                   UNITED STATES MAGISTRATE JUDGE